**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sherry Christner,

       Plaintiff,              Civil No. 08-1239 (RHK/AJB)

vs.                      **DISQUALIFICATION AND**
                        **ORDER FOR REASSIGNMENT**

Wyeth and its divisions, Wyeth
Pharmaceuticals, Inc.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 6, 2008

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge